Form 604

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Robert W. Mangan** | : | Case No. 15−23738−GLT |
| **Theresa A. Mangan** | : | Chapter: 13 |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | Related to Document No. 204 |
| v. | : | |
| **No Respondents** | : | Hearing Date: 5/5/21 at 02:30 PM |
| *Respondent(s).* | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE**
**FOR RESPONSE AND HEARING ON MOTION**

 *AND NOW,* this *The 23rd of February, 2021*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 204 by the Chapter 13 Trustee,

 It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

 (1) *On or before April 9, 2021*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

 (2) This Motion is scheduled for hearing on *May 5, 2021 at 02:30 PM* in Zoom location, https://www.zoomgov.com/j/, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

 (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. *To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L. Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.* In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

 (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is* **SUBJECT TO CLOSURE WITHOUT A DISCHARGE** *without further notice or hearing*.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23738-GLT |
| Robert W. Mangan | Chapter 13 |
| Theresa A. Mangan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 1 of 4 |
| Date Rcvd: Feb 23, 2021 | Form ID: 604 | Total Noticed: 59 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert W. Mangan, Theresa A. Mangan, 155 Kings Rd, Apollo, PA 15613-9737 |
| cr | | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | BANK OF AMERICA, N.A., BUILDING C, 2380 PERFORMANCE DR, RICHARDSON, TX 75082-4333 |
| cr | | Bank of America, N.A., The Bank Of New York Mellon FKA The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| cr | | THE BANK OF NEW YORK MELLON, FKA, Po Box 31785, TAMPA, FL 33631-3785 |
| 14120914 | | ACMH Anesthesia Services, 1699 Washington Road, Suite 307, Pittsburgh, PA 15228-1629 |
| 14120916 | | Allegheny Clinic, P.O. Box 14000, Belfast, ME 04915-4033 |
| 14120915 | + | Allegheny Clinic, 4 Allegheny Center, 10th Floor, Pittsburgh, PA 15212-5255 |
| 14120917 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14120918 | + | Armstrong County Memorial Hospital, P.O. Box 579, Kittanning, PA 16201-0579 |
| 14120920 | + | Armstrong County Memorial Hospital, c/o HMC Group, P.O. Box 16211, Rocky River, OH 44116-0211 |
| 14120922 | + | Bank of America, c/o Law Offices of Frederick Weinberg, 375 East Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14120921 | + | Bank of America, 655 Paper Mill Road, Newark, DE 19711-7500 |
| 14120923 | | Bank of America Home Loans Servicing, P.O. Box 961206, Fort Worth, TX 76161-0206 |
| 14165468 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14120935 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, Inc., 363 Vanadium Rd., Suite 109, P.O. Box 13446, Pittsburgh, PA 15243 |
| 14120934 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center Inc., 106 N. Mckean Street, P.O. Box 1623, Butler, PA 16003 |
| 14120928 | + | Chase Bank, c/o MRS Associates., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14120930 | + | Chase Bank, c/o Allied Interstate, 7525 W. Campus Road, New Albany, OH 43054-1121 |
| 14120932 | + | Chase Bank, c/o United Collection Bureau, 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |
| 14120927 | + | Chase Bank, c/o GE Services, 6330 Gulfton Street, Houston, TX 77081-1108 |
| 14120933 | | Collection Service Center Inc., 839 5th Avenue, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14136557 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14120938 | + | Dell Preferred Account, c/o Valentine & Kebartas Inc., P.O. Box 325, Lawrence, MA 01842-0625 |
| 14120939 | + | Dell Preferred Account, c/o SRA Associates Inc., 401 Minnetonka Road, Somerdale, NJ 08083-2914 |
| 14120941 | | Emergency Medicine Associates, 8 Oak Drive Park, Bedford, MA 01730 |
| 14120942 | | Emergency Medicine Associates, P.O. Box 536281, Pittsburgh, PA 15253-5904 |
| 14120944 | + | Emergency Resource Management, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 14120943 | | Emergency Resource Management, 417 Bridge Street, Danville, VA 24541-1403 |
| 14120946 | | Foundation Radiology Group, P.O. Box 49, Pittsburgh, PA 15230-0049 |
| 14120945 | + | Foundation Radiology Group, 350 N. Orleans St., Floor 8, Dept. 6235, Chicago, IL 60654-1975 |
| 14120947 | | Foundation Radiology Group, 75 Remittance Drive, #3310, Chicago, IL 60675-1001 |
| 14120948 | + | Glade Run Medical, P.O. Box 977, Kittanning, PA 16201-0977 |
| 14120949 | | JSO Associates in Pathology, 5700 Southwyck Blvd., Toledo, OH 43614-1509 |
| 14120950 | + | Lower Kiski Ambulance Service, 80 Kiski Avenue, P.O. Box 397, Leechburg, PA 15656-0397 |
| 14120952 | | North Pittsburgh Anesthesia, 1699 Washington Road, Suite 307, Pittsburgh, PA 15228-1629 |
| 14307462 | + | Santander Consumer USA Inc., Attn: Bankruptcy, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14350134 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14196149 | | The Bank of New York Mellon F/K/A Et al., Bank of America, N.A., Po Box 31785, Tampa, FL, 33631-3785 |
| 14120954 | | Walmart-Discover Card, c/o Blatt, Hasenmiller, Leibsker & Moore, 10 S. LaSalle Street, Suite 2200, Chicago, IL 60603-1069 |
| 14120960 | | West Penn Hospital, P.O. Box 644650, Pittsburgh, PA 15264-4650 |
| 14120959 | | West Penn Hospital, P.O. Box 3475, Toledo, OH 43607-0475 |

| District/off: 0315-2 | User: dbas | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 23, 2021 | Form ID: 604 | Total Noticed: 59 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14120919 | + | Email/Text: Bankruptcies@nragroup.com | Feb 24 2021 03:22:00 | Armstrong County Memorial Hospital, c/o National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14120925 | | Email/Text: legal@arsnational.com | Feb 24 2021 03:19:00 | Chase Bank, c/o ARS National Services, P.O. Box 469046, Escondido, CA 92046-9046 |
| 14120929 | | Email/Text: mediamanagers@clientservices.com | Feb 24 2021 03:18:00 | Chase Bank, c/o Client Services, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-4047 |
| 14120931 | | Email/Text: bnc@alltran.com | Feb 24 2021 03:19:00 | Chase Bank, c/o United Recovery Systems, P.O. Box 722929, Houston, TX 77272-2929 |
| 14120937 | | Email/PDF: DellBKNotifications@resurgent.com | Feb 24 2021 03:38:29 | Dell Preferred Account, P.O. Box 81585, Austin, TX 78708 |
| 14120936 | | Email/PDF: DellBKNotifications@resurgent.com | Feb 24 2021 03:36:01 | Dell Preferred Account, Payment Processing Center, P.O. Box 6403, Carol Stream, IL 60197 |
| 14120940 | | Email/Text: mrdiscen@discover.com | Feb 24 2021 03:18:00 | Discover Card, P.O. Box 15251, Wilmington, DE 19886 |
| 14126367 | | Email/Text: mrdiscen@discover.com | Feb 24 2021 03:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14120924 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 24 2021 02:43:24 | Chase Bank, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 14120951 | + | Email/Text: egssupportservices@alorica.com | Feb 24 2021 03:21:00 | NCO Financial Systems, 5 Penn Center West, Suite 100, Pittsburgh, PA 15276-0126 |
| 14139846 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2021 02:43:32 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14120958 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2021 02:41:42 | Walmart-Discover Card, c/o Portfolio Recovery Associates, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14120957 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2021 02:41:42 | Walmart-Discover Card, c/o Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14120953 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2021 02:43:22 | Walmart-Discover Card, P.O. Box 960024, Orlando, FL 32896-0024 |
| 14120955 | | Email/Text: bankruptcy@affglo.com | Feb 24 2021 03:21:00 | Walmart-Discover Card, c/o Leading Edge Recovery Solutions, P.O. Box 129, Linden, MI 48451-0129 |
| 14120956 | + | Email/Text: bankruptcy@affglo.com | Feb 24 2021 03:21:00 | Walmart-Discover Card, c/o Global Credit and Collections, 5440 N. Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |

| | | |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| 14120926 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 15299101 | *+ | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |

TOTAL: 1 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021               Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Robert W. Mangan julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Theresa A. Mangan julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

District/off: 0315-2    User: dbas    Page 4 of 4
Date Rcvd: Feb 23, 2021    Form ID: 604    Total Noticed: 59

TOTAL: 7