**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ROBERT W. MANGAN<br>THERESA A. MANGAN<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　Chapter 13 Trustee,<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:15-23738<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

　1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

　2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

　3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

　4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

　**Wherefore**, the Trustee requests that the Court,

　1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
　2. Approve the Trustee's Report of Receipts and Disbursements,
　3. Terminate wage attachments,
　4. Revest property of the estate in the debtor(s), and
　5. Enter a final decree and close this case.

February 22, 2021

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/13/2015 and confirmed on 12/16/15 . The case was subsequently   Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 126,530.00 |
| Less Refunds to Debtor | 1,405.51 | |
| TOTAL AMOUNT OF PLAN FUND | | 125,124.49 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 7,900.00 | |
|    Trustee Fee | 5,850.57 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 13,750.57 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   BANK OF NEW YORK MELLON | 0.00 | 87,501.37 | 0.00 | 87,501.37 |
|     Acct: 3099 | | | | |
| | | | | 87,501.37 |
| **Priority** | | | | |
|   KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT W. MANGAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   ROBERT W. MANGAN | 1,405.51 | 1,405.51 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 3,400.00 | 3,400.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   STEIDL & STEINBERG | 4,500.00 | 4,500.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXX3-17 | | | | |
|   SANTANDER CONSUMER USA** | 0.00 | 19,065.50 | 0.00 | 19,065.50 |
|     Acct: 1212 | | | | |
| | | | | 19,065.50 |
| **Unsecured** | | | | |
|   ACMH++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   ALLEGHENY CLINIC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   ALLEGHENY CLINIC++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   ALLEGHENY HEALTH NETWORK++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   ARMSTRONG CNTY MEMORIAL HOSPTL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   BANK OF AMERICA NA** | 17,552.88 | 2,632.93 | 0.00 | 2,632.93 |
|     Acct: 8451 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6545 | | | | |
|   JPMORGAN CHASE BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 2178 | | | | |
|    COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|    COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|    COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|    DELL FINANCIAL SERVICES LLC | 1,382.64 | 207.40 | 0.00 | 207.40 |
| Acct: 0522 | | | | |
|    DISCOVER BANK(*) | 11,199.87 | 1,679.98 | 0.00 | 1,679.98 |
| Acct: 3008 | | | | |
|    EMERGENCY MEDICINE ASSOC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|    EMERGENCY RESOURCE MGMT++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|    FOUNDATION RADIOLOGY GROUP PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|    GLADE RUN MEDICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|    JSO ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|    LOWER KISKI AMBULANCE SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|    NCO FINANCIAL SYSTEMS INC(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|    NORTH PITTSBURGH ANESTHESIA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|    PRA/PORTFOLIO RECOVERY ASSOC | 1,911.57 | 286.74 | 0.00 | 286.74 |
| Acct: 1450 | | | | |
|    WEST PENN HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
|    PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
|    KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 4,807.05 |

| | | |
|---|---|---:|
| TOTAL PAID TO CREDITORS | | 111,373.92 |

TOTAL CLAIMED
| | |
|---|---:|
| PRIORITY | 0.00 |
| SECURED | 0.00 |
| UNSECURED | 32,046.96 |

Date: 02/22/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    ROBERT W. MANGAN
    THERESA A. MANGAN
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:15-23738

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Robert W. Mangan  
Theresa A. Mangan  
    Debtors

Case No. 15-23738-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dbas      Page 1 of 4  
Date Rcvd: Feb 23, 2021      Form ID: pdf900      Total Noticed: 59

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert W. Mangan, Theresa A. Mangan, 155 Kings Rd, Apollo, PA 15613-9737 |
| cr | | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | BANK OF AMERICA, N.A., BUILDING C, 2380 PERFORMANCE DR, RICHARDSON, TX 75082-4333 |
| cr | | Bank of America, N.A., The Bank Of New York Mellon FKA The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| cr | | THE BANK OF NEW YORK MELLON, FKA, Po Box 31785, TAMPA, FL 33631-3785 |
| 14120914 | | ACMH Anesthesia Services, 1699 Washington Road, Suite 307, Pittsburgh, PA 15228-1629 |
| 14120916 | | Allegheny Clinic, P.O. Box 14000, Belfast, ME 04915-4033 |
| 14120915 | + | Allegheny Clinic, 4 Allegheny Center, 10th Floor, Pittsburgh, PA 15212-5255 |
| 14120917 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14120918 | + | Armstrong County Memorial Hospital, P.O. Box 579, Kittanning, PA 16201-0579 |
| 14120920 | + | Armstrong County Memorial Hospital, c/o HMC Group, P.O. Box 16211, Rocky River, OH 44116-0211 |
| 14120922 | + | Bank of America, c/o Law Offices of Frederick Weinberg, 375 East Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14120921 | + | Bank of America, 655 Paper Mill Road, Newark, DE 19711-7500 |
| 14120923 | | Bank of America Home Loans Servicing, P.O. Box 961206, Fort Worth, TX 76161-0206 |
| 14165468 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14120935 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, Inc., 363 Vanadium Rd., Suite 109, P.O. Box 13446, Pittsburgh, PA 15243 |
| 14120934 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center Inc., 106 N. Mckean Street, P.O. Box 1623, Butler, PA 16003 |
| 14120928 | + | Chase Bank, c/o MRS Associates., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14120930 | + | Chase Bank, c/o Allied Interstate, 7525 W. Campus Road, New Albany, OH 43054-1121 |
| 14120932 | + | Chase Bank, c/o United Collection Bureau, 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |
| 14120927 | + | Chase Bank, c/o GE Services, 6330 Gulfton Street, Houston, TX 77081-1108 |
| 14120933 | | Collection Service Center Inc., 839 5th Avenue, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14136557 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14120938 | + | Dell Preferred Account, c/o Valentine & Kebartas Inc., P.O. Box 325, Lawrence, MA 01842-0625 |
| 14120939 | + | Dell Preferred Account, c/o SRA Associates Inc., 401 Minnetonka Road, Somerdale, NJ 08083-2914 |
| 14120941 | | Emergency Medicine Associates, 8 Oak Drive Park, Bedford, MA 01730 |
| 14120942 | | Emergency Medicine Associates, P.O. Box 536281, Pittsburgh, PA 15253-5904 |
| 14120944 | + | Emergency Resource Management, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 14120943 | | Emergency Resource Management, 417 Bridge Street, Danville, VA 24541-1403 |
| 14120946 | | Foundation Radiology Group, P.O. Box 49, Pittsburgh, PA 15230-0049 |
| 14120945 | + | Foundation Radiology Group, 350 N. Orleans St., Floor 8, Dept. 6235, Chicago, IL 60654-1975 |
| 14120947 | | Foundation Radiology Group, 75 Remittance Drive, #3310, Chicago, IL 60675-1001 |
| 14120948 | + | Glade Run Medical, P.O. Box 977, Kittanning, PA 16201-0977 |
| 14120949 | | JSO Associates in Pathology, 5700 Southwyck Blvd., Toledo, OH 43614-1509 |
| 14120950 | + | Lower Kiski Ambulance Service, 80 Kiski Avenue, P.O. Box 397, Leechburg, PA 15656-0397 |
| 14120952 | | North Pittsburgh Anesthesia, 1699 Washington Road, Suite 307, Pittsburgh, PA 15228-1629 |
| 14307462 | + | Santander Consumer USA Inc., Attn: Bankruptcy, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14350134 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14196149 | | The Bank of New York Mellon F/K/A Et al., Bank of America, N.A., Po Box 31785, Tampa, FL, 33631-3785 |
| 14120954 | | Walmart-Discover Card, c/o Blatt, Hasenmiller, Leibsker & Moore, 10 S. LaSalle Street, Suite 2200, Chicago, IL 60603-1069 |
| 14120960 | | West Penn Hospital, P.O. Box 644650, Pittsburgh, PA 15264-4650 |
| 14120959 | | West Penn Hospital, P.O. Box 3475, Toledo, OH 43607-0475 |

| District/off: 0315-2 | User: dbas | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Feb 23, 2021 | Form ID: pdf900 | Total Noticed: 59 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14120919 | + | Email/Text: Bankruptcies@nragroup.com | Feb 24 2021 03:22:00 | Armstrong County Memorial Hospital, c/o National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14120925 | | Email/Text: legal@arsnational.com | Feb 24 2021 03:19:00 | Chase Bank, c/o ARS National Services, P.O. Box 469046, Escondido, CA 92046-9046 |
| 14120929 | | Email/Text: mediamanagers@clientservices.com | Feb 24 2021 03:18:00 | Chase Bank, c/o Client Services, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-4047 |
| 14120931 | | Email/Text: bnc@alltran.com | Feb 24 2021 03:19:00 | Chase Bank, c/o United Recovery Systems, P.O. Box 722929, Houston, TX 77272-2929 |
| 14120937 | | Email/PDF: DellBKNotifications@resurgent.com | Feb 24 2021 03:36:02 | Dell Preferred Account, P.O. Box 81585, Austin, TX 78708 |
| 14120936 | | Email/PDF: DellBKNotifications@resurgent.com | Feb 24 2021 03:36:01 | Dell Preferred Account, Payment Processing Center, P.O. Box 6403, Carol Stream, IL 60197 |
| 14120940 | | Email/Text: mrdiscen@discover.com | Feb 24 2021 03:18:00 | Discover Card, P.O. Box 15251, Wilmington, DE 19886 |
| 14126367 | | Email/Text: mrdiscen@discover.com | Feb 24 2021 03:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14120924 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Feb 24 2021 02:41:35 | Chase Bank, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 14120951 | + | Email/Text: egssupportservices@alorica.com | Feb 24 2021 03:21:00 | NCO Financial Systems, 5 Penn Center West, Suite 100, Pittsburgh, PA 15276-0126 |
| 14139846 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2021 02:41:42 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14120958 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2021 02:43:32 | Walmart-Discover Card, c/o Portfolio Recovery Associates, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14120957 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Feb 24 2021 02:41:42 | Walmart-Discover Card, c/o Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14120953 | + | Email/PDF: gecsedi@recoverycorp.com | Feb 24 2021 02:43:23 | Walmart-Discover Card, P.O. Box 960024, Orlando, FL 32896-0024 |
| 14120955 | | Email/Text: bankruptcy@affglo.com | Feb 24 2021 03:21:00 | Walmart-Discover Card, c/o Leading Edge Recovery Solutions, P.O. Box 129, Linden, MI 48451-0129 |
| 14120956 | + | Email/Text: bankruptcy@affglo.com | Feb 24 2021 03:21:00 | Walmart-Discover Card, c/o Global Credit and Collections, 5440 N. Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |

District/off: 0315-2 | User: dbas | Page 3 of 4
Date Rcvd: Feb 23, 2021 | Form ID: pdf900 | Total Noticed: 59

| | | | |
|---|---|---|---|
| cr | * | | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| 14120926 | *P++ | | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 15299101 | *+ | | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |

TOTAL: 1 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021           Signature:           /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2021 at the address(es) listed below:**

**Name** | **Email Address**

Brian Nicholas
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI bnicholas@kmllawgroup.com

Kenneth Steidl
    on behalf of Debtor Robert W. Mangan julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kenneth Steidl
    on behalf of Joint Debtor Theresa A. Mangan julie.steidl@steidl-steinberg.com
    ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Maria Miksich
    on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI mmiksich@kmllawgroup.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

District/off: 0315-2 User: dbas Page 4 of 4
Date Rcvd: Feb 23, 2021 Form ID: pdf900 Total Noticed: 59
TOTAL: 7