| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Robert W. Mangan** | Social Security number or ITIN  **xxx–xx–1707** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Theresa A. Mangan** | Social Security number or ITIN  **xxx–xx–0224** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **15–23738–GLT** | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Robert W. Mangan                          Theresa A. Mangan

4/14/21                                   **By the court:**   Gregory L. Taddonio
                                                            United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

#### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

#### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

#### Some debts are not discharged

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

♦ some debts which the debtors did not properly list;

♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23738-GLT |
| Robert W. Mangan | Chapter 13 |
| Theresa A. Mangan | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 4 |
| Date Rcvd: Apr 14, 2021 | Form ID: 3180W | Total Noticed: 61 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert W. Mangan, Theresa A. Mangan, 155 Kings Rd, Apollo, PA 15613-9737 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| 14120914 | | ACMH Anesthesia Services, 1699 Washington Road, Suite 307, Pittsburgh, PA 15228-1629 |
| 14120916 | | Allegheny Clinic, P.O. Box 14000, Belfast, ME 04915-4033 |
| 14120915 | + | Allegheny Clinic, 4 Allegheny Center, 10th Floor, Pittsburgh, PA 15212-5255 |
| 14120917 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14120918 | + | Armstrong County Memorial Hospital, P.O. Box 579, Kittanning, PA 16201-0579 |
| 14120920 | + | Armstrong County Memorial Hospital, c/o HMC Group, P.O. Box 16211, Rocky River, OH 44116-0211 |
| 14120922 | + | Bank of America, c/o Law Offices of Frederick Weinberg, 375 East Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14120923 | | Bank of America Home Loans Servicing, P.O. Box 961206, Fort Worth, TX 76161-0206 |
| 14165468 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14120935 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, Inc., 363 Vanadium Rd., Suite 109, P.O. Box 13446, Pittsburgh, PA 15243 |
| 14120934 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center Inc., 106 N. Mckean Street, P.O. Box 1623, Butler, PA 16003 |
| 14120928 | + | Chase Bank, c/o MRS Associates., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14120930 | + | Chase Bank, c/o Allied Interstate, 7525 W. Campus Road, New Albany, OH 43054-1121 |
| 14120932 | + | Chase Bank, c/o United Collection Bureau, 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |
| 14120927 | + | Chase Bank, c/o GE Services, 6330 Gulfton Street, Houston, TX 77081-1108 |
| 14120933 | | Collection Service Center Inc., 839 5th Avenue, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14136557 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14120938 | + | Dell Preferred Account, c/o Valentine & Kebartas Inc., P.O. Box 325, Lawrence, MA 01842-0625 |
| 14120939 | + | Dell Preferred Account, c/o SRA Associates Inc., 401 Minnetonka Road, Somerdale, NJ 08083-2914 |
| 14120941 | | Emergency Medicine Associates, 8 Oak Drive Park, Bedford, MA 01730 |
| 14120942 | | Emergency Medicine Associates, P.O. Box 536281, Pittsburgh, PA 15253-5904 |
| 14120944 | + | Emergency Resource Management, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 14120943 | | Emergency Resource Management, 417 Bridge Street, Danville, VA 24541-1403 |
| 14120946 | | Foundation Radiology Group, P.O. Box 49, Pittsburgh, PA 15230-0049 |
| 14120945 | + | Foundation Radiology Group, 350 N. Orleans St., Floor 8, Dept. 6235, Chicago, IL 60654-1975 |
| 14120947 | | Foundation Radiology Group, 75 Remittance Drive, #3310, Chicago, IL 60675-1001 |
| 14120948 | + | Glade Run Medical, P.O. Box 977, Kittanning, PA 16201-0977 |
| 14120949 | | JSO Associates in Pathology, 5700 Southwyck Blvd., Toledo, OH 43614-1509 |
| 14120950 | + | Lower Kiski Ambulance Service, 80 Kiski Avenue, P.O. Box 397, Leechburg, PA 15656-0397 |
| 14120952 | | North Pittsburgh Anesthesia, 1699 Washington Road, Suite 307, Pittsburgh, PA 15228-1629 |
| 14120954 | | Walmart-Discover Card, c/o Blatt, Hasenmiller, Leibsker & Moore, 10 S. LaSalle Street, Suite 2200, Chicago, IL 60603-1069 |
| 14120960 | | West Penn Hospital, P.O. Box 644650, Pittsburgh, PA 15264-4650 |
| 14120959 | | West Penn Hospital, P.O. Box 3475, Toledo, OH 43607-0475 |

TOTAL: 35

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | | |
| | | Apr 15 2021 03:28:00 | Pennsylvania Department of Revenue, Bankruptcy |

District/off: 0315-2 | User: dpas | Page 2 of 4
Date Rcvd: Apr 14, 2021 | Form ID: 3180W | Total Noticed: 61

| | | | | |
|---|---|---|---|---|
| | | | | Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2021 03:27:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Apr 15 2021 03:28:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 15 2021 03:27:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | | EDI: BANKAMER.COM | Apr 15 2021 03:18:00 | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | EDI: BANKAMER.COM | Apr 15 2021 03:18:00 | BANK OF AMERICA, N.A., BUILDING C, 2380 PERFORMANCE DR, RICHARDSON, TX 75082-4333 |
| cr | | EDI: BANKAMER.COM | Apr 15 2021 03:18:00 | Bank of America, N.A., The Bank Of New York Mellon FKA The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | | EDI: BANKAMER.COM | Apr 15 2021 03:18:00 | THE BANK OF NEW YORK MELLON, FKA, Po Box 31785, TAMPA, FL 33631-3785 |
| 14120919 | + | Email/Text: Bankruptcies@nragroup.com | Apr 15 2021 04:05:00 | Armstrong County Memorial Hospital, c/o National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14120921 | + | EDI: BANKAMER.COM | Apr 15 2021 03:18:00 | Bank of America, 655 Paper Mill Road, Newark, DE 19711-7500 |
| 14120925 | | EDI: ARSN.COM | Apr 15 2021 03:28:00 | Chase Bank, c/o ARS National Services, P.O. Box 469046, Escondido, CA 92046-9046 |
| 14120929 | | Email/Text: mediamanagers@clientservices.com | Apr 15 2021 03:25:00 | Chase Bank, c/o Client Services, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-4047 |
| 14120931 | | EDI: URSI.COM | Apr 15 2021 03:28:00 | Chase Bank, c/o United Recovery Systems, P.O. Box 722929, Houston, TX 77272-2929 |
| 14120937 | | Email/PDF: DellBKNotifications@resurgent.com | Apr 15 2021 03:32:39 | Dell Preferred Account, P.O. Box 81585, Austin, TX 78708 |
| 14120936 | | Email/PDF: DellBKNotifications@resurgent.com | Apr 15 2021 03:45:14 | Dell Preferred Account, Payment Processing Center, P.O. Box 6403, Carol Stream, IL 60197 |
| 14120940 | | EDI: DISCOVER.COM | Apr 15 2021 03:28:00 | Discover Card, P.O. Box 15251, Wilmington, DE 19886 |
| 14126367 | | EDI: DISCOVER.COM | Apr 15 2021 03:28:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14120924 | | EDI: JPMORGANCHASE | Apr 15 2021 03:28:00 | Chase Bank, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 14120951 | + | Email/Text: egssupportservices@alorica.com | Apr 15 2021 04:00:00 | NCO Financial Systems, 5 Penn Center West, Suite 100, Pittsburgh, PA 15276-0126 |
| 14139846 | | EDI: PRA.COM | Apr 15 2021 03:28:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14307462 | + | EDI: DRIV.COM | Apr 15 2021 03:28:00 | Santander Consumer USA Inc., Attn: Bankruptcy, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14350134 | + | EDI: DRIV.COM | Apr 15 2021 03:28:00 | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14196149 | | EDI: BANKAMER.COM | Apr 15 2021 03:18:00 | The Bank of New York Mellon F/K/A Et al., Bank of America, N.A., Po Box 31785, Tampa, FL, |

District/off: 0315-2 | User: dpas | Page 3 of 4
Date Rcvd: Apr 14, 2021 | Form ID: 3180W | Total Noticed: 61

| | | | 33631-3785 |
| 14120958 | + EDI: PRA.COM | | |
| | | Apr 15 2021 03:28:00 | Walmart-Discover Card, c/o Portfolio Recovery Associates, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14120957 | + EDI: PRA.COM | | |
| | | Apr 15 2021 03:28:00 | Walmart-Discover Card, c/o Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14120953 | + EDI: RMSC.COM | | |
| | | Apr 15 2021 03:28:00 | Walmart-Discover Card, P.O. Box 960024, Orlando, FL 32896-0024 |
| 14120955 | Email/Text: bankruptcy@affglo.com | | |
| | | Apr 15 2021 03:27:00 | Walmart-Discover Card, c/o Leading Edge Recovery Solutions, P.O. Box 129, Linden, MI 48451-0129 |
| 14120956 | + Email/Text: bankruptcy@affglo.com | | |
| | | Apr 15 2021 03:27:00 | Walmart-Discover Card, c/o Global Credit and Collections, 5440 N. Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |

TOTAL: 28

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| 14120926 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 15299101 | *+ | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |

TOTAL: 1 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

District/off: 0315-2                            User: dpas                                    Page 4 of 4
Date Rcvd: Apr 14, 2021                         Form ID: 3180W                                Total Noticed: 61

Date: Apr 16, 2021                   Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Debtor Robert W. Mangan julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Joint Debtor Theresa A. Mangan julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;jfriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com |
| Maria Miksich | on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com |

TOTAL: 7