**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

FILED
4/14/21 1:25 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
ROBERT W. MANGAN
THERESA A. MANGAN
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:15-23738

Chapter 13

Related to Docket No. 204

## ORDER OF COURT

AND NOW, this ___14th Day of April, 2021___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

arb

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 15-23738-GLT |
| Robert W. Mangan | Chapter 13 |
| Theresa A. Mangan | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: dpas | Page 1 of 4 |
| Date Rcvd: Apr 14, 2021 | Form ID: pdf900 | Total Noticed: 59 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Robert W. Mangan, Theresa A. Mangan, 155 Kings Rd, Apollo, PA 15613-9737 |
| cr | | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + | BANK OF AMERICA, N.A., BUILDING C, 2380 PERFORMANCE DR, RICHARDSON, TX 75082-4333 |
| cr | | Bank of America, N.A., The Bank Of New York Mellon FKA The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | + | Peoples Natural Gas Company, LLC, Attn: Dawn Lindner, 225 North Shore Drive, Pittsburgh, PA 15212-5860 |
| cr | | THE BANK OF NEW YORK MELLON, FKA, Po Box 31785, TAMPA, FL 33631-3785 |
| 14120914 | | ACMH Anesthesia Services, 1699 Washington Road, Suite 307, Pittsburgh, PA 15228-1629 |
| 14120916 | | Allegheny Clinic, P.O. Box 14000, Belfast, ME 04915-4033 |
| 14120915 | + | Allegheny Clinic, 4 Allegheny Center, 10th Floor, Pittsburgh, PA 15212-5255 |
| 14120917 | + | Allegheny Health Network, PO Box 645266, Pittsburgh, PA 15264-5250 |
| 14120918 | + | Armstrong County Memorial Hospital, P.O. Box 579, Kittanning, PA 16201-0579 |
| 14120920 | + | Armstrong County Memorial Hospital, c/o HMC Group, P.O. Box 16211, Rocky River, OH 44116-0211 |
| 14120922 | + | Bank of America, c/o Law Offices of Frederick Weinberg, 375 East Elm Street, Suite 210, Conshohocken, PA 19428-1973 |
| 14120921 | + | Bank of America, 655 Paper Mill Road, Newark, DE 19711-7500 |
| 14120923 | | Bank of America Home Loans Servicing, P.O. Box 961206, Fort Worth, TX 76161-0206 |
| 14165468 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14120935 | ++ | COLLECTION SERVICE CENTER INC, 363 VANADIUM ROAD, STE 109, PITTSBURGH PA 15243-1477 address filed with court:, Collection Service Center, Inc., 363 Vanadium Rd., Suite 109, P.O. Box 13446, Pittsburgh, PA 15243 |
| 14120934 | ++ | COLLECTION SERVICE CENTER INC BUTLER PA, PO BOX 1623, BUTLER PA 16003-1623 address filed with court:, Collection Service Center Inc., 106 N. Mckean Street, P.O. Box 1623, Butler, PA 16003 |
| 14120928 | + | Chase Bank, c/o MRS Associates., 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 14120930 | + | Chase Bank, c/o Allied Interstate, 7525 W. Campus Road, New Albany, OH 43054-1121 |
| 14120932 | + | Chase Bank, c/o United Collection Bureau, 5620 Southwyck Blvd., Suite 206, Toledo, OH 43614-1501 |
| 14120927 | + | Chase Bank, c/o GE Services, 6330 Gulfton Street, Houston, TX 77081-1108 |
| 14120933 | | Collection Service Center Inc., 839 5th Avenue, P.O. Box 560, New Kensington, PA 15068-0560 |
| 14136557 | ++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577 address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14120938 | + | Dell Preferred Account, c/o Valentine & Kebartas Inc., P.O. Box 325, Lawrence, MA 01842-0625 |
| 14120939 | + | Dell Preferred Account, c/o SRA Associates Inc., 401 Minnetonka Road, Somerdale, NJ 08083-2914 |
| 14120941 | | Emergency Medicine Associates, 8 Oak Drive Park, Bedford, MA 01730 |
| 14120942 | | Emergency Medicine Associates, P.O. Box 536281, Pittsburgh, PA 15253-5904 |
| 14120944 | + | Emergency Resource Management, P.O. Box 371980, Pittsburgh, PA 15250-7980 |
| 14120943 | | Emergency Resource Management, 417 Bridge Street, Danville, VA 24541-1403 |
| 14120946 | | Foundation Radiology Group, P.O. Box 49, Pittsburgh, PA 15230-0049 |
| 14120945 | + | Foundation Radiology Group, 350 N. Orleans St., Floor 8, Dept. 6235, Chicago, IL 60654-1975 |
| 14120947 | | Foundation Radiology Group, 75 Remittance Drive, #3310, Chicago, IL 60675-1001 |
| 14120948 | + | Glade Run Medical, P.O. Box 977, Kittanning, PA 16201-0977 |
| 14120949 | | JSO Associates in Pathology, 5700 Southwyck Blvd., Toledo, OH 43614-1509 |
| 14120950 | + | Lower Kiski Ambulance Service, 80 Kiski Avenue, P.O. Box 397, Leechburg, PA 15656-0397 |
| 14120952 | | North Pittsburgh Anesthesia, 1699 Washington Road, Suite 307, Pittsburgh, PA 15228-1629 |
| 14307462 | + | Santander Consumer USA Inc., Attn: Bankruptcy, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14350134 | + | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 14196149 | | The Bank of New York Mellon F/K/A Et al., Bank of America, N.A., Po Box 31785, Tampa, FL, 33631-3785 |
| 14120954 | | Walmart-Discover Card, c/o Blatt, Hasenmiller, Leibsker & Moore, 10 S. LaSalle Street, Suite 2200, Chicago, IL 60603-1069 |
| 14120960 | | West Penn Hospital, P.O. Box 644650, Pittsburgh, PA 15264-4650 |
| 14120959 | | West Penn Hospital, P.O. Box 3475, Toledo, OH 43607-0475 |

| District/off: 0315-2 | User: dpas | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Apr 14, 2021 | Form ID: pdf900 | Total Noticed: 59 |

TOTAL: 43

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14120919 | + Email/Text: Bankruptcies@nragroup.com | Apr 15 2021 04:05:00 | Armstrong County Memorial Hospital, c/o National Recovery Agency, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 14120925 | Email/Text: legal@arsnational.com | Apr 15 2021 03:26:00 | Chase Bank, c/o ARS National Services, P.O. Box 469046, Escondido, CA 92046-9046 |
| 14120929 | Email/Text: mediamanagers@clientservices.com | Apr 15 2021 03:25:00 | Chase Bank, c/o Client Services, 3451 Harry S. Truman Blvd., Saint Charles, MO 63301-4047 |
| 14120931 | Email/Text: bnc@alltran.com | Apr 15 2021 03:26:00 | Chase Bank, c/o United Recovery Systems, P.O. Box 722929, Houston, TX 77272-2929 |
| 14120937 | Email/PDF: DellBKNotifications@resurgent.com | Apr 15 2021 03:32:57 | Dell Preferred Account, P.O. Box 81585, Austin, TX 78708 |
| 14120936 | Email/PDF: DellBKNotifications@resurgent.com | Apr 15 2021 03:32:46 | Dell Preferred Account, Payment Processing Center, P.O. Box 6403, Carol Stream, IL 60197 |
| 14120940 | Email/Text: mrdiscen@discover.com | Apr 15 2021 03:25:00 | Discover Card, P.O. Box 15251, Wilmington, DE 19886 |
| 14126367 | Email/Text: mrdiscen@discover.com | Apr 15 2021 03:25:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14120924 | Email/PDF: ais.chase.ebn@americaninfosource.com | Apr 15 2021 03:51:26 | Chase Bank, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 14120951 | + Email/Text: egssupportservices@alorica.com | Apr 15 2021 04:04:00 | NCO Financial Systems, 5 Penn Center West, Suite 100, Pittsburgh, PA 15276-0126 |
| 14139846 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 15 2021 03:45:07 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14120958 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 15 2021 03:56:52 | Walmart-Discover Card, c/o Portfolio Recovery Associates, 120 Corporate Blvd., Norfolk, VA 23502-4952 |
| 14120957 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 15 2021 03:45:07 | Walmart-Discover Card, c/o Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 14120953 | + Email/PDF: gecsedi@recoverycorp.com | Apr 15 2021 03:44:38 | Walmart-Discover Card, P.O. Box 960024, Orlando, FL 32896-0024 |
| 14120955 | Email/Text: bankruptcy@affglo.com | Apr 15 2021 03:27:00 | Walmart-Discover Card, c/o Leading Edge Recovery Solutions, P.O. Box 129, Linden, MI 48451-0129 |
| 14120956 | + Email/Text: bankruptcy@affglo.com | Apr 15 2021 03:27:00 | Walmart-Discover Card, c/o Global Credit and Collections, 5440 N. Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | * | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |

Case 15-23738-GLT   Doc 213   Filed 04/16/21   Entered 04/17/21 00:41:51   Desc
Imaged Certificate of Notice   Page 4 of 5

| District/off: 0315-2 | User: dpas | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Apr 14, 2021 | Form ID: pdf900 | Total Noticed: 59 |

| | | |
|---|---|---|
| cr | * | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | *+ | BANK OF AMERICA, N.A., PO BOX 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., The Bank of New York Mellon Fka The Bank, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| cr | * | Bank of America, N.A., THE BANK OF NEW YORK MELLON FKA THE BANK, Po Box 31785, TAMPA, FL 33631-3785 |
| 14120926 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Bank, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 15299101 | *+ | Santander Consumer USA, Inc., P.O. Box 560284, Dallas, TX 75356-0284 |

TOTAL: 1 Undeliverable, 21 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2021 at the address(es) listed below:

**Name** — **Email Address**

Brian Nicholas
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI bnicholas@kmllawgroup.com

Kenneth Steidl
on behalf of Debtor Robert W. Mangan julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Kenneth Steidl
on behalf of Joint Debtor Theresa A. Mangan julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com

Maria Miksich
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS SUCCESSOR INDENTURE TRUSTEE TO JPMORGAN CHASE BANK  N.A., AS INDENTURE TRUSTEE FOR THE CWABS REVOLVING HOME EQUITY LOAN ASSET BACKED NOTES, SERI mmiksich@kmllawgroup.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

S. James Wallace
on behalf of Creditor Peoples Natural Gas Company  LLC ecfpeoples@grblaw.com, PNGbankruptcy@peoples-gas.com

District/off: 0315-2      User: dpas      Page 4 of 4
Date Rcvd: Apr 14, 2021      Form ID: pdf900      Total Noticed: 59
TOTAL: 7